FILED 2008 MAR 11 P 3:02
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113
www.cand.uscourts.gov

Richard W. Wieking
Clerk

March 3, 2008

General Court Number
408.535.5364



RECEIVED 2008 MAR -6 PM 3:54
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

Mr. Michael J. Beck, Clerk
MDL Panel
United States District Court
Middle District of Florida
George C. Young, United States Courthouse
 & Federal Building
Office of the Clerk
501 W. Central Blvd. Suite 1200
Orlando, Florida 32801

RE: CV 08-00180 HRL  DENISE VELA-v-ASTRAZENECA PHARMACEUTICALS LP, ET AL.

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Betty Walton
Case Systems Administrator